UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES ROBERTS a/k/a GILBERT ALLEN #305807** | **CIVIL ACTION** |
| **versus** | **NO. 07-1273** |
| **SHELLEY VIX I.D.B.** | **SECTION: "I" (1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **James Roberts a/k/a Gilbert Allen** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this    10th    day of July, 2007.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE